HENRY MISER, Respondent, *v.* ROBERT N. MARTIN, Appellant.

1. Judgment affirmed by reason of failure to prosecute appeal.

*Appeal from St. Louis Circuit Court.*

*G. S. & I. Van Wagoner,* for appellant.

*Lackland & Martin,* for respondent.

WAGNER, Judge, delivered the opinion of the court.

The transcript of the record shows that the judgment in this case was rendered at the June term of the St. Louis Circuit Court, 1868, and that the appellant has wholly failed to prosecute his appeal.

The respondent files in this court the transcript in the cause, and asks for an affirmance. As no reasons are shown why an affirmance should not be had, the motion will be sustained and the judgment affirmed. The other judges concur.